1  LA SUPERLAWYERS INC., A LAW FIRM
   WILLIAM W. BLOCH, SBN 133139
2  9100 Wilshire Boulevard, Suite 333 East
   Beverly Hills, California 90212
3  Telephone: (310) 477-7767
   Facsimile: (310) 550-6798
4  william@lasuperlawyers.com

5  LAW OFFICES OF ANGEL J. HORACEK
   ANGEL JAMES HORACEK, SBN 245680
6  5701 West Slauson Avenue, Suite 210
   Culver City, California 90230
7  310-774-0323
   310-774-3945 fax
8  angel@horaceklaw.com

9  Attorneys for Plaintiff
   BOYD LOUGHRIDGE
10
   STEPHANIE YONEKURA
11 Acting United States Attorney
   LEON W. WEIDMAN
12 Assistant United States Attorney
   Chief, Civil Division
13 JOSEPH B. FRUEH (Cal. Bar No. 264088)
   Assistant United States Attorney
14       Federal Building, Suite 7516
         300 North Los Angeles Street
15       Los Angeles, California 90012
         Telephone: (213) 894-0609
16       Facsimile: (213) 894-7819
         E-mail: joseph.frueh@usdoj.gov
17
   Attorneys for Defendant
18 RAY MABUS, Secretary of the Department of the Navy

19              UNITED STATES DISTRICT COURT

20          FOR THE CENTRAL DISTRICT OF CALIFORNIA

21 | BOYD LOUGHRIDGE,                    | No. EDCV 14-0518 PSG (DTBx)

22 |        Plaintiff,                   | [~~PROPOSED~~] ORDER

23 |            v.

24 | RAY MABUS, Secretary of the Dept.
   | of the Navy, *et al*.,
25
   |        Defendants.
26 |                                     | Honorable David T. Bristow
   |                                     | United States Magistrate Judge
27

28

1

**[PROPOSED] ORDER**

2      The Court, having read and considered the parties' Second Joint Stipulation to

3  Amend Protective Order,

4      IT IS HEREBY ORDERED that the Joint Stipulation for Protective Order entered

5  by the Court on January 23, 2015 (ECF No. 26-1, at 1) is amended in accordance with

6  the parties' Second Joint Stipulation to Amend Protective Order.

7

8   Dated: May 12, 2015

9                                                    _____
10                                                   HONORABLE DAVID T. BRISTOW
                                                     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18  Presented By:

19  LA SuperLawyers Inc.
    Law Offices of Angel J. Horacek
20
    /s/ *Angel J. Horacek*
21  ANGEL J. HORACEK
    Attorneys for Plaintiff
22  BOYD LOUGHRIDGE

23  STEPHANIE YONEKURA
    Acting United States Attorney
24  LEON W. WEIDMAN
    Assistant United States Attorney
25  Chief, Civil Division

26  /s/ *Joseph B. Frueh*
    JOSEPH B. FRUEH
27  Assistant United States Attorney
    Attorneys for Defendant
28  RAY MABUS, Secretary of the Department of the Navy

1